IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02328-AP

Violette Patterson,

    Plaintiff,

v.

Jo Anne B. Barnhart, Commissioner of Social Security

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Michael W. Seckar
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636

<u>For Defendant:</u>
Debra J. Meachum
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** November 16, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** December 13, 2005

    C.    **Date Answer and Administrative Record Were Filed**:   February 16, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    Both parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Both parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    Both parties state that the case raises no unusual claims or defenses.

**7. OTHER MATTERS**

    None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** April 17, 2006

    B.    **Defendant's Response Brief Due:**   May 17, 2006

    C.    **Plaintiff's Reply Brief (If Any) Due:** June 1, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Neither party requests oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.    ( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this  9th  day of March, 2006.

                          BY THE COURT:

                          S/John L. Kane
                          U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Michael W. Seckar
MICHAEL W. SECKAR
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Debra J. Meachum
By: Debra J. Meachum
Special Assistant U.S. Attorney
debra.meachum@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)